BLANK ROME LLP  JS-6
Gregory M. Bordo (SBN 156147)
GBordo@BlankRome.com
Christopher J. Petersen (SBN 251439)
CJPetersen@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Plaintiff
GLOBAL TOBACCO, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| GLOBAL TOBACCO, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>R.K. CO., INC., a Nevada Corporation, dba CIGAR CARTEL; WILLIAM "TREY" PREVOST, an individual; NASCO PRODUCTS, LLC, a North Carolina limited liability company; 22ND CENTURY GROUP, INC., a New York corporation; HENRY SICIGNANO III, an individual; and DOES 1 through 10,<br><br>Defendants. | **Case No. 2:15-cv-05227-RGK**<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

146061.00601/102364976v.1

**ORDER**

146061.00601/102364976V.1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS HEREBY ORDERED** that pursuant to the Stipulation For Dismissal of |
| 3 | Entire Action filed in the above-referenced action that: (a) the First Amended |
| 4 | Complaint filed by Plaintiff Global Tobacco, LLC, is hereby dismissed with |
| 5 | prejudice; and (b) the counterclaims for declaratory relief filed by Defendant and |
| 6 | Counter-Claimant R.K. Co., Inc., are hereby dismissed with prejudice.  The parties |
| 7 | shall bear their owner attorneys' fees and costs. |
| 8 | **SO ORDERED.** |
| 10 | DATED: 6/16/16 |
| 11 | Hon. R. Gary Klausner |
| 12 | United States District Court Judge |

1
ORDER

146061.00601/102364976V.1